TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>ANDREW ARMANI DEIONTE ROWE,<br><br>            Defendant. | <u>FELONY COMPLAINT</u><br><br>VIO. COUNT 1, 18 U.S.C. § 1951(a), INTERFERENCE WITH COMMERCE BY ROBBERY<br><br>Magistrate No.   2:23mj944 CMR |

<u>COUNT 1</u>
18 U.S.C. § 1951(a)
(Interference with Commerce by Robbery)

On or about September 12, 2023, in the District of Utah,

ANDREW ARMANI DEIONTE ROWE,

1

defendant herein, did obstruct, delay and affect, commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take U.S. currency, from an employee, against his will, at the Seven Eleven convenience store, located at 2917 S Highland Dr, Salt Lake City, Utah, by actual and threatened force and violence, and fear of injury to their person, that is by using, carrying and brandishing a firearm; all in violation of 18 U.S.C. § 1951(a).

<u>AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT</u>

This complaint is based on the following information:

I, Carlie Marston, being first duly sworn, depose and say:

1. Your affiant, Carlie Marston, is a Salt Lake City police officer assigned to the Robbery/Violent Crimes Unit.  Your affiant has been a police officer since January 2008 and graduated from the Salt Lake City Police Department's Police Officer Standards and Training (POST) Academy in May of 2008.  Your affiant attended and graduated from the following courses:  Salt Lake City Police Department's undercover academy in 2010, an interview and interrogation course, a HIDTA sponsored course on confidential informant management, Drug Recognition Expert training, the Western States VICE Conference in 2013, Task Force Officer training for Homeland Security Investigations in 2016, a Sex Trafficking Course put on by the FBI in 2016 and the Violent Crimes Conference in 2015, 2016, 2018 and 2019.  Your affiant attended Southern Virginia University and received a bachelor's degree in 2005.  Your affiant has

investigated crimes ranging from simple traffic violations, narcotic violations, domestic violence, human trafficking, robbery, and other violent crime offense. Your affiant has attended POST certified training on drug recognition and human trafficking.

2. Your affiant has had the following assignments with the Salt Lake City Police Department: Patrol Division, Public Information Officer, Organized Crime Detective and Robbery Detective. Your affiant is currently a Task Force Officer with the Federal Bureau of Investigations, investigating violent crimes and firearms cases. The information contained in this complaint is based on an investigation conducted by me along with FBI Special Agent Jeremiah Fowlke and investigators from the Salt Lake City Police Departments and other law enforcement agencies.

3. On 09/12/2023 at 0241 hours an unidentified male suspect entered the 7-Eleven business at 2917 S Highland Dr, Salt Lake City, Utah, and proceeded to lock the doors behind him. The suspect was described as a dark or tan-skinned male, was wearing a dark jacket, dark pants, blue mask over his face, brown or yellow gloves on his hands, black and white Nike running shoes, and carrying a dark handgun.

4. The suspect approached the counter and gave a note to the clerk. The note stated something to the effect of "Do as I say or you will lose your life." The clerk complied with this demand, recognizing this was a robbery, and gave the suspect the money from the register.

5. The suspect responded something to the effect of "There should be more." The clerk showed the suspect that was all the money there was, after which the suspect took back the note and fled the store. The clerk described the suspect as going north around the building then east on Zenith Ave. A later review of the store's video surveillance was consistent with these described details.

6. From September 12, 2023 through September 27, 2023, four other robberies were reported throughout Salt Lake County. The suspect in all five robberies matched the description of the Seve Eleven robber and used the same modus operandi and wore identical clothing.

7. A warrant was served on AT&T, T-Mobile and Google to gain records for possible devices located in the area of all five robberies.

8. Records from T-Mobile showed one device that was present during four of the five robberies. Another warrant was served on T-Mobile to identify that device. That device came back to Andrew Rowe.

9. Surveillance was set up on Andrew Rowe and he was taken into custody on October 12, 2023. A warrant was served on Andrew's apartment and vehicle. During the service of that warrant, all the clothing, gloves, shoes and handgun that were observed in the robberies were seized. The handgun was later identified as a replica of a Glock 45 pistol. Andrew was booked into the Salt Lake County Jail.

//

10. Based on the foregoing information, your affiant respectfully requests that a complaint and an arrest warrant be issued for Andrew Armani Deionte Rowe for a violation of 18 U.S.C Section 1951(a).

Dated this 12th day of October 2023.

*Carlie Marston*
Carlie Marston
Detective Salt Lake City Police Department
FBI TFO

Subscribed and sworn to before me, this  12th   day of October 2023.

*Cecilia M. Romero*
CECILIA M. ROMERO
United States Magistrate Judge

APPROVED:
TRINA A. HIGGINS
United States Attorney

*Carlos A. Esqueda*
CARLOS A. ESQUEDA
Assistant United States Attorney

5